IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

HENDRICK JAMES HAMERTER : 
#37233-037
:
    Petitioner
:
    v.                                                Civil Action No: DKC-05-3100
:
UNITED STATES OF AMERICA
:
    Respondent

o0o
## MEMORANDUM

Pending is a Petitioner's pro se "Motion for Clarification of Days of Jail Credit" which shall be construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition will be dismissed without prejudice.

Challenges to the calculation of credit pertain to the computation and execution of a prisoner's federal sentence and are properly cognizable in a 28 U.S.C. §2241 habeas petition. See, e.g., United States v. Miller, 871 F.2d 488, 490 (4th Cir.1989). Courts may grant the writ of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). This means that in a § 2241 action, the petition must be filed in the judicial district where petitioner is in custody. See Braden v. 30th Judicial Circuit, 410 U.S. 484, 495-500 (1973); Miller, 871 F.2d 488, 490 (4th Cir.1990).

In this case, petitioner is in the custody of the warden at the Federal Correctional Complex in Coleman, Florida. That federal facility is located within the jurisdiction of the United States District Court for the Central District of Florida. For this reason, this case will be dismissed without prejudice for lack of jurisdiction to permit Petitioner to refile his claim in the appropriate court. A separate order follows.

\_\_\_12/6/05_____                          _____/s/_____
    Date                                            DEBORAH K. CHASANOW
                                                                 United States District Judge